UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

July 02, 2020

David J. Bradley, Clerk

| | | |
|---|---|---|
| Mohammad Uddin, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-1705 |
| | § | |
| Conn's Inc., et al., | § | |
| | § | |
| Defendants. | § | |

## Management Order

The stipulation of the parties is accepted. (10)

Signed on June July 2, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge