UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| MOHAMMAD UDDIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>     v.<br><br>CONN'S, INC., NORMAN L. MILLER, and GEORGE L. BCHARA,<br><br>                 Defendants. | Case No.  4:20-cv-01705<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF RONNY D. ALEXANDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Ronny D. Alexander ("Alexander"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Alexander's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel for the Class in the above-captioned action (the "Action").

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:     Chart reflecting the financial interest of Alexander in this Action;
>
> Exhibit B:     Press release published on May 15, 2020, announcing the pendency of the Action
>
> Exhibit C:     Shareholder Certification executed by Alexander; and
>
> Exhibit D:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 14, 2020.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on July 14, 2020, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing:

*/s/ Jeremy A. Lieberman*　　
Jeremy A. Lieberman

2