# EXHIBIT B





# CONN CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Conn's, Inc.

May 15, 2020 01:15 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of Texas captioned *Uddin v. Conn's, Inc., et al.*, (Case No. 20-cv-01705) on behalf of persons and entities that purchased or otherwise acquired Conn's, Inc. ("Conn's" or the "Company") (NASDAQ: CONN) securities between **September 3, 2019 and December 9, 2019,** inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On December 10, 2019, before the market opened, Conn's reported its third quarter 2020 financial results in a press release. Therein, the Company reported retail revenues of $280.3 million, compared to $284.1 million in the prior year period. Conn's attributed the revenue decline to a decrease in same store sales, which "reflects underwriting adjustments made during the three months ended October 31, 2019."

On this news, the Company's share price fell $6.85 per share, or over 33%, to close at $13.65 per share on December 10, 2019, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Conn's was experiencing an increase in first payment defaults and 60-plus day delinquencies; (2) that, as a result, Conn's was reasonably likely to record an increase to its provision for bad debts; (3) that the Company made certain underwriting adjustments, including tightening its standards for new customers and online applicants; (4) that, as a result, the Company's same-store sales would be adversely impacted; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased Conn's securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests

with respect to these matters, please contact Charles H. Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay and Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

#classaction    #fraud    #legalnotice    #investor

## $Cashtags

$CONN

/