UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

August 10, 2020

David J. Bradley, Clerk

Mohammad Uddin, § 
§ 
Plaintiff, § 
§ 
versus §     Civil Action H-20-1705
§ 
Conn's Inc. *et al.*, § 
§ 
§ 
§ 
Defendants. § 

## Management Order

1. By August 21, Ronny Alexander must tell the court how many times and in what years he has served as lead plaintiff in security class actions.

2. By August 21, Alexander must tell the court if and when Pomerantz, LLP, has represented him before, regardless of the nature of the case.

Signed on August 7, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge