UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| MOHAMMAD UDDIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>                    v.<br><br>CONN'S, INC., NORMAN L. MILLER, and GEORGE L. BCHARA,<br><br>                                   Defendants. | Case No.  4:20-cv-01705<br><br>RESPONSE OF RONNY D. ALEXANDER TO MANAGEMENT ORDER (DKT. NO. 15) |

On August 7, 2020, the Court entered a Management Order instructing Lead Plaintiff Movant Ronny D. Alexander to inform the Court, on or before August 21, 2020, "how many times and in what years he has served as lead plaintiff in security class actions" and "if and when Pomerantz LLP has represented him before, regardless of the nature of the case."  Dkt. No. 15.

Mr. Alexander hereby responds to the Court's Management Order.  As Mr. Alexander attests in his Declaration, appended here to as Exhibit A, Mr. Alexander has never served nor sought to serve as a class representative in any securities class action other than in the above-captioned action, nor has Pomerantz LLP ever represented Mr. Alexander except in the above-captioned action.

Dated:  August 21, 2020

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
(S.D. Tex. Federal Bar Number 1466757)
J. Alexander Hood II

1

(S.D. Tex. Federal Bar Number 3086579)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
(*pro hac vice* application forthcoming)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

THE SCHALL LAW FIRM
Brian Schall
(*pro hac vice* application forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 310-301-3335
Fax: 877-590-0482
brian@schallfirm.com

*Additional Counsel for Movant*

2

## CERTIFICATE OF SERVICE

This is to certify that on August 21, 2020, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing:

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman