# EXHIBIT A

**DECLARATION IN RESPONSE TO MANAGEMENT ORDER (DKT. NO. 15)**

I, Ronny D. Alexander, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I respectfully submit this Declaration to provide the information requested in this Court's Case Management Order, entered August 10, 2020 (Dkt. No. 15).

2.     I have not previously served as a lead plaintiff or class representative in any securities class action.  Apart from the instant action (*Uddin v. Conn's, Inc. et al.*, 4:20-cv-01705 (S.D. Tex.)), I have never sought to serve as a lead plaintiff or class representative in any securities class action.

3.     Pomerantz LLP has never represented me in any legal proceeding of any nature prior to this action.

8/21/2020

Executed this ___ day of August, 2020.

DocuSigned by:

*Ronny D. Alexander*

880D3273ABEB4C2...

Ronny D. Alexander

1