UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
November 04, 2020
David J. Bradley, Clerk

Ronny Alexander, §
§
Plaintiff, §
§
versus §        Civil Action H-20-1705
§
Conn's Inc., *et al.*, §
§
Defendants. §

## Order to Amend

1.    By November 16, 2020, Ronny Alexander may amend the complaint.

2.    By December 16, 2020, Conn's, Inc., may respond.

3.    By January 15, 2021, Alexander may reply.

4.    By February 4, 2021, Conn's, Inc., may sur-reply.

5.    The initial conference is reset to:

February **25**, 2021,

at **11:00 a.m.**

Courtroom 11-C, Eleventh Floor

515 Rusk Avenue

Houston, Texas 77002.

Signed on November **4**, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge