# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RONNY D. ALEXANDER, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>v.<br><br>CONN'S INC., NORMAN L. MILLER, AND GEORGE L. BCHARA,<br><br>                        Defendants. | **Case No. 4:20-cv-01705-LNH**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

WHEREAS, no defendant in the above-captioned matter has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff Ronny D. Alexander voluntarily dismisses this action, without prejudice, as to all defendants. Defendants in the action consent to this dismissal, and all parties have agreed to bear their own costs and fees.

Dated: November 16, 2020

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
(S.D. Tex. Federal Bar Number 1466757)
Austin P. Van
(S.D. Tex. Federal Bar Number 3134562)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:
jalieberman@pomlaw.com
avan@pomlaw.com

*Lead Counsel for Lead Plaintiff Ronny D. Alexander*

Brian Schall
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (877) 590-0482
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Ronny D. Alexander*