UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

November 17, 2020

David J. Bradley, Clerk

| | | |
|---|---|---|
| Ronny Alexander, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-20-1705 |
| | § | |
| Conn's Inc., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

Having been advised that Ronny Alexander and Mohammad Uddin no longer wish to pursue their claims against Conn's, Inc., Norman Miller, and George Bchara, this case is dismissed without prejudice. (24)

Signed on November __17__, 2020, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge